## MOTION DOCKET

Canton (City) v Mid Continent Prod.
  Corp. .........................19490
Commonwealth Cas. Co. v Spohn........19596
Dill Mfg. Co. v Zanciuk..............19564
Edmonds v Murphy et.................19583
Indust. Comm. v Kessler.............19518
Karp v State.........................19633
Lake Shore Elec. Ry. Co. v Hoyer......19597
Liska v State........................19633
Logan Gas. Co. v Pub. Util Comm......19670
Medbury et v Cleve. & M. Val. Ry......19520
Menke v Jackson et..................19536
McCarthy v State.....................19583
McIntire Coal Co. v Zanesville & W. Ry..19595
Milano v Peoples Ry. Co..............19571
No. E. Oil & Gas Co. v Helleni Pet. Co..19477
Peskind v State......................19632
Price v. Kobacker Furn. Co...........19556
State ex Nolan v Brown...............19330

## PROCEEDINGS
### Tuesday, March 16, 1926
### OHIO SUPREME COURT
### GENERAL DOCKET

19180—Ed List v Burley Tobacco Growers' Cooperative Assn.; error to the Brown Appeals. Judgment affirmed. Marshall, C J, Jones, Matthias, Day, Allen and Robinson, J J, concur. Kinkade, J, dissents. Dock 6-1-25; 3 Abs. 359.

19215—Mattie Lust v Farmers Bank and Savings Co; error to the Meigs Appeals. Judgment reversed. Marshall, C J, Jones, Matthias, Day, Allen, Kinkade and Robinson, J, concur. Dock. 6-19-25; 3 Abs. 401. mission of Ohio; error to the Industrial Com-

19227—Fred H Slatmeyer v Industrial Commission of Ohio. Demurrer to petition sustained. Marshall, C J, Jones Matthias, Day, Allenfi Kinkade and Robinson, JJ, concur. Dock. 6-25-25; 3 Abs. 401.

19235—Cincinnati Traction Co v Stanley C Kroger; error to the Court of Appeals of Hamilton county. Judgment reversed. Marshall, C J, Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur. Dock. 7-2-25; 3 Abs. 417; OS. Pend. 3 Abs. 516.

19305—Frank Marcoguiseppe v State of Ohio; error to the Appeals of Cuyahoga. Judgment reversed. Marshall, C J, Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur. Dock. 8-1-25; 3 Abs. 499; OA. 3 Abs. 732.

19311—Harry D Schaffer v Ethel Schaffer; error to the ourt of Appeals of Montgomery county. Judgment reversed. Jones, Matthias, Allen, Kinkade and Robinson, JJ, concur. Dock. 8-7-25; 3 Abs. 499; OS. Pend. 3 Abs. 626.

19534—United States of America v State of Ohio, ex rel. John G Price, Atty Gen; error to the Court of Appeals of Franklin county. Petition in error as to right dismissed; no constitutional question involved. Jones, Day, Allen, Kinkade and Robinson, JJ, concur. Dock. 1-5-26; 4 Abs. 40.

19346—State of Ohio, ex rel. Southern Surety o v George F Schlesinger, Director. In Mandamus. Judgment for relator. Marshall, C J, Matthias, Allen and Robinson, JJ, concur. Jones, J, dissents. Dock. 9-1-25; 3 Abs. 546; OS. Pend. 3 Abs. 661.

19368—State of Ohio v Henry Krauss, error to the Hamilton Appeals. Judgment affirmed. Matthias, Day, Kinkade and Robinson, JJ, concur. Marshall, C J,and Jones, J, not partici-

pating. Dock. 10-5-25; 3 Abs. 642; OS. Pend. 3 Abs. 645.

19376—State, ex rel Firestone Tire & Rubber Co v Industrial Commission. In Prohibition. Writ denied. Marshall, C J, Matthias, Day and Allen, JJ, concur. Dock. 10-9-25; 3 Abs. 658.

19520—Frank B Medbury et al, v Cleveland & Mahoning Valley Ry. Co; error to the Mahoning Appeals. Motion to dismiss sustained; no debatable constitutional question involved. Jones, Matthias, Allen and Kinkade, JJ, concur. Dock. 12-30-25; 4 Abs. 10.

## MOTION DOCKET

19330—State of Ohio, ex rel John F Nolan, v Thad H Brown. Motion by respondent to strike out certain averments of reply. Overruled. Dock. 8-15-25; 3 Abs. 530; OS. 3 Abs. 675.

19477—North Eastern Oil & Gas. Co v Helbula Appeals to certify allowed. Dock. 12-11-25; 3 Abs. 762. leni Petroleum & Gas Co. Motion for Ashta-

19490—City of Canton et al v Mid-Continent Producers & Refiners Corp. Motion by defendant to dismiss petition in error as to right. Overruled. Dock. 12-15-25; 4 Abs. 10.

19518—Industrial Commission of Ohio v Frank Kessler. Motion for Erie Appeals to certify overruled. Dock. 12-30-25; 4 Abs. 10.

19520—Frank B Medbury et al v Cleveland & Mahoning Valley Ry. Co. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 12-30-25; 4 Abs. 10.

19536—Elfie C Menke v Oliver D Jackson et al. Motion for Cuyahoga Appeals to certify its record. Overruled. Dock. 1-6-26; 4 Abs. 40; OS. Pend. 4 Abs. 59.

19556—Charles H Price v Kobacker Furniture Co. Motion for Lucas Appeals to certify. Overruled. Dock. 1-11-26; 4 Abs. 56; OS. Pend. 4 Abs. 116; OA. 4 Abs. 68.

19564—Dill Mfg. ompany v Emil Zanefuk. Motion for Cuyahoga Appeals to certify overruled. Dock. 1-13-26; 4 Abs. 56; OS. Pend. 4 Abs. 118.

19571—Frank Milano, Admr, v Peoples Railway Co. Motion for Montgomery Appeals to certify overruled. Dock. 1-16-26; 4 Abs. 56; OS. Pend. 4 Abs. 179.

19582—Mary Murphy Edmonds et al v Mabel Dunn Murphy et al Motion for Allen Appeals to certify record. Overruled. Dock. 1-18-26; 4 Abs. 72; OS. Pend. 4 Abs. 180.

19583—Edward J McCarty v State of Ohio e rel Rose Friedel. Motion for Lucas Appeals to certify overruled. Dock. 1-19-26; 4 Abs. 72; OS. Pend. 4 Abs. 181.

19595—McIntire Coal & Builders Supply Co. v Zanesville & Western Ry. Co. Motion for Franklin Appeals to certify overruled. Dock. 1-23-26; 4 Abs. 88.

19596—Commonwealth Casualty Company v W M Spohn. Motion for Richland Appeals to certify overruled. Dock. 1-23-26; 4 Abs. 88; OS. Pend. 4 Abs. 179.

19597—Lake Shore Elec Ry Co v Virtie B Hoyer. Motion for Lucas Appeals to certify overruled. Dock. 1-25-26; 4 Abs. 88.

19632—Solomon Peskind v State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Cuyahoga county. Allowed. Dock. 2-22-26; 4 Abs. 142.

19633—Benjamin Karp v State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Cuyahoga county. Allowed. Dock. 2-22-26; 4 Abs. 142.

(Continued on Page 197)